184

955 A.2d 344

Godfrey BANNER, Petitioner

v.

UNEMPLOYMENT COMPENSATION BOARD
OF REVIEW, Respondent.

Supreme Court of Pennsylvania.

Aug. 13, 2008.

## ORDER

PER CURIAM.

AND NOW, this 13th day of August, 2008, Petition for Review is **DENIED.**

955 A.2d 344

COMMONWEALTH of Pennsylvania, Respondent

v.

Bennie ANDERSON, Petitioner.

Supreme Court of Pennsylvania.

Aug. 13, 2008.

## ORDER

PER CURIAM.

AND NOW, this 13th day of August, 2008, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**